# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cr-00136-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **HELEN MICHELLE WARREN,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on defendant's pro se Motion for Compassionate Release/Reduction of Sentence and Motion to Appoint Counsel, (Doc. No. 28). Defendant puts forward significant evidence that she is needed at home to care for her parents and children. She also presents evidence that she has completed her GED, multiple self-improvement classes, and numerous adult continued education courses. She also has employment guaranteed to her if she receives a reduced sentence. Further, it appears she may qualify for home confinement in the near future.

## ORDER

**IT IS, THEREFORE, ORDERED** that within **20 days** the Government shall file a response to Defendant's motions.

Signed: November 18, 2020

Max O. Cogburn Jr
United States District Judge